**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-6558**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RAYMOND IDEMUDIA AIGBEKAEN,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:15-cr-00462-JKB-2)

Submitted:  June 29, 2021                           Decided:  July 2, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Idemudia Aigbekaen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Idemudia Aigbekaen appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motions for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's judgment. We deny Aigbekaen's motions to dismiss part of the indictment and for resentencing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*